# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      : Bankruptcy No. 15-70724-JAD
Bobbi J. Maffeo and                   :
Cynthia L. Maffeo,                    : Chapter 13
      Debtors                :
                                      :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 29th day of September, 2017, a true and correct copy of the Order dated September 28, 2017, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    RICHLAND HEALTHCARE & REHABILITATION CENTER
    349 VOTECH DRIVE
    JOHNSTOWN, PA 15904

    BOBBI J. MAFFEO
    CYNTHIA L. MAFFEO
    769 RAILROAD STREET
    WINDBER, PA 15963

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: September 29, 2017

    Respectfully submitted,
    __/s/Kenneth P. Seitz, Esquire_
    Kenneth P. Seitz, Esquire
    PA I.D. # 81666
    The Law Offices of Kenny P. Seitz
    P. O. Box 211
    Ligonier, PA  15658
    (814) 536-7470
    Attorney for Debtors