## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Bobbi J. Maffeo<br>Cynthia L Maffeo, fka Cynthia L Kirby<br>                        Debtors | Bankruptcy No. 15-70724-JAD<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>                        Movant<br>v.<br>Bobbi J. Maffeo<br>Cynthia L Maffeo, fka Cynthia L Kirby<br>                        Respondents | Doc. No. 78<br><br>Related to Doc. Nos. 65, 66, 69 |

### ORDER CONTINUING HEARING

AND NOW, this <u>18th</u> day of <u>October</u>, 2017, upon consideration of the Motion To Continue Hearing filed by Movant, Wells Fargo Bank, N.A., with the consent of Debtors, it is hereby ORDERED AND DECREED that the Non-evidentiary Hearing now scheduled for 10/20/2017 **IS CONTINUED** to **Friday, November 17, 2017**, at **10:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, 1st Floor Penn Traffic Building, Johnstown, PA 15901.*

Counsel for Movant shall serve forthwith a copy of this Order upon all parties from whom relief is sought and on all equity security holders in Chapter 13 bankruptcy cases, if any, and file a Certificate of Service.

BY THE COURT:

Jeffery A. Deller      mas
Chief U.S. Bankruptcy Judge

* Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel may appear before the Court at either location.

CASE ADMINISTRATOR SHALL SERVE:
    Bobbi J. and Cynthia L. Maffeo
    Kenneth P. Seitz, Esquire
    Jill Manuel-Coughlin, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
10/18/17 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Bobbi J Maffeo
Cynthia L Maffeo
      Debtors

Case No. 15-70724-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: culy      Page 1 of 1      Date Rcvd: Oct 18, 2017
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
db/jdb         +Bobbi J Maffeo,  Cynthia L Maffeo,  769 Railroad Street,  Windber, PA 15963-1813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
         Andrew R. Thalman    on behalf of Creditor    WESBANCO BANK, INC andrewthalman@pgka.com
         Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. bsolomon@tuckerlaw.com,
         agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
         Harry B. Reese    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         Kenneth P. Seitz    on behalf of Debtor Bobbi J Maffeo thedebterasers@aol.com
         Kenneth P. Seitz    on behalf of Joint Debtor Cynthia L Maffeo thedebterasers@aol.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                         TOTAL: 9