# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       :
                                             : Bankruptcy No. 15-70724-JAD
Bobbi J. Maffeo and                          :
Cynthia L. Maffeo,                           : Chapter 13
        Debtors                      :
                                             :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 14th day of November, 2017, a true and correct copy of the Order dated November 13, 2017, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

RICHLAND HEALTHCARE & REHABILITATION CENTER
349 VOTECH DRIVE
JOHNSTOWN, PA 15904

BOBBI J. MAFFEO
CYNTHIA L. MAFFEO
769 RAILROAD STREET
WINDBER, PA 15963

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: November 14, 2017

Respectfully submitted,
__/s/Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors