**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-70724-JAD |
| Bobbi J. Maffeo and | : | |
| Cynthia L. Maffeo, | : | Chapter 13 |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED NOVEMBER 15, 2017**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 17th day of November, 2017, a true and exact copy of the Notice of the Proposed Modification to Confirmed Plan dated November 15, 2017, the Amended Chapter 13 Plan dated November 15, 2017, along with a copy of the Order dated November 16, 2017, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: November 17, 2017

Respectfully submitted,
  /s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 15-70724-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Fri Mar 10 10:53:43 EST 2017 | ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Aes/M&T Elt - Pheaa<br>Po Box 61047<br>Harrisburg, PA 17106-1047 |
| Atlantic Crd<br>P O Box 13386<br>Roanoke, VA 24033-3386 | Atlantic Credit & Finance Special Finance Un<br>LLC Successor in interest to SYNCHRONY<br>BANK F/K/A GE CAPITAL RETAIL BANK<br>c/o Weltman, Weinberg & Reis Co., LPA<br>436 Seventh Avenue, Ste 2500<br>Pittsbugh, PA 15219-1842 | Boscov's<br>P.O. Box 17642<br>Baltimore, MD 21297-1642 |
| Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | CHRYSLER CAPITAL<br>P.O. BOX 961275<br>FORT WORTH, TX 76161-0275 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase/Best Buy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Capital<br>P.O. Box 660335<br>Dallas, TX 75266-0335 | Credit First N A<br>6275 Eastland Rd<br>Brookpark, OH 44142-1399 |
| Credit First NA<br>PO Box 818011<br>Cleveland, OH 44181-8011 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| First Natl Bk Of Pa<br>1 Fnb Blvd<br>Hermitage, PA 16148-3363 | Ginny's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Ginnys<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Midland Credit Management, Inc. as agent for<br>MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Navient<br>Po Box 9655<br>Wilkes Barre, PA 18773-9655 |
| Navient Solutions, Inc<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>3209 B Elton Road<br>Johnstown, PA 15904-2807 |

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251


Southern Rentals, LLC
Dept. 3376
P.O. Box 123376
Dallas, TX 75312-3376

Springleaf
Po Box 64
Evansville, IN 47701-0064

Stoneberry
P.O. Box 2820
Monroe, WI 53566-8020


Stoneberry
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Syncb/Amazon
Po Box 965015
Orlando, FL 32896-5015

Syncb/Ashley Furniture
950 Forrer Blvd
Kettering, OH 45420-1469


Syncb/Care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/Home Design-Hi-P
C/O Po Box 965036
Orlando, FL 32896-0001

Syncb/Home Dsgn Floori
C/O Po Box 965036
Orlando, FL 32896-0001


Syncb/Jcp
Po Box 965007
Orlando, FL 32896-5007

Syncb/Lowes
Po Box 965005
Orlando, FL 32896-5005

Syncb/Plcc
Po Box 965024
Orlando, FL 32896-5024


Syncb/Walmart
Po Box 965024
Orlando, FL 32896-5024

Synchrony Bank/Care Credit
P.O. Box 960061
Orlando, FL 32896-0061

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132


Td Bank Usa/Targetcred
Po Box 673
Minneapolis, MN 55440-0673

The Bureaus Inc
1717 Central St
Evanston, IL 60201-1507

Tnb - Target
Po Box 673
Minneapolis, MN 55440-0673


(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

United Storage Rentals, LLC
Dept. 3105
P.O. Box 123105
Dallas, TX 75312-3105


Webbank/Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

Wells Fargo Bank N. A.
PO Box 10438
Des Moines, Ia 50306-0438

Wells Fargo Bank NA
3476 Stateview Blvd.
Fort Mill, SC 29715-7200

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC# D3347-014<br>3476 Stateview Blvd<br>Fort Mill SC 29715-7203 | Wellsfargo<br>34204 Van Dyke Ave Suite 1-19<br>Sterling Heights, MI 48312-4647 | Wesbanco Bank Inc<br>1 Bank Plz<br>Wheeling, WV 26003-3565 |
| Wf Crd Svc<br>3201 N 4th Ave<br>Sioux Falls, SD 57104-0700 | Bobbi J Maffeo<br>769 Railroad Street<br>Windber, PA 15963-1813 | Cynthia L Maffeo<br>769 Railroad Street<br>Windber, PA 15963-1813 |
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | SPRINGLEAF FINANCIAL SERVICES, INC<br>PO BOX 3251<br>EVANSVILLE, IN. 47731-3251 | Toyota Financial Services<br>P.O. Box 17187<br>Baltimore, MD 21297 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)WELLS FARGO BANK, N.A. | (d)ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | (d)Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 |

End of Label Matrix
Mailable recipients    67
Bypassed recipients     3
Total                  70