# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** BOBBI J & CYNTHIA L MAFFEO
**Case Number:** 15-70724-JAD        **Chapter:** 13
**Date / Time / Room:** FRIDAY, NOVEMBER 17, 2017 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

CONTINUED - Motion For Relief From The Automatic Stay filed by Wells Fargo Bank, N.A.
- Answer filed by Debtors 9/27/2017 at Doc. No. 69  [Due 9/29/2017]
- Order Entered 10/18/2017 Continuing 10/20/2017 Hearing To 11/17/2017
R / M #:  65 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  KENNETH P. SEITZ, ESQUIRE
CREDITOR:  HARRY B. REESE, ESQUIRE for WELLS FARGO BANK

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓  OTHER:  Stip approved.

**- Consent Order signed 11/16/2017 (Doc. No. 87)**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
11/20/17 7:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA