UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** BOBBI J & CYNTHIA L MAFFEO
**Case Number:** 15-70724-JAD    **Chapter:** 13
**Date / Time / Room:** FRIDAY, NOVEMBER 17, 2017 10:00 AM  COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From The Automatic Stay filed by Toyota Motor Credit Corporation - Answer filed by Debtors 10/3/2017 at Doc. No. 77  [Due 10/16/2017]
R / M #:  72 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  KENNETH P. SEITZ, ESQUIRE
CREDITOR:  JAMES C. WARMBRODT, ESQUIRE for TOYOTA MOTOR CREDIT CORP.

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
_____ For At Least _____ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at _____
_____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order -  NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  Stip approved,

**- Stipulation and Order signed 11/17/2017 (Doc. No. 90)**

FILED
11/20/17 7:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge