**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

08/14/2020

IN RE:

BOBBI J MAFFEO
CYNTHIA L MAFFEO
769 RAILROAD STREET
WINDBER, PA  15963
XXX-XX-5487           Debtor(s)

XXX-XX-0259

Case No.15-70724 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/14/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMAZON.COM STORE/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0869 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX 76161 | Trustee Claim Number: 2   INT %: 6.00%<br>Court Claim Number: 3-2<br>CLAIM: 3,760.95<br>COMMENT: RS/DOE*14407.05/CL@6%MDF/PL@CHRYSLER CAP*PMT/CONF*SURR/PL*PMTS PI | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5796 |
| **SOUTHERN RENTALS LLC**<br>DEPARTMENT 3376<br>PO BOX 12376<br>DALLAS, TX 75312 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0541 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number: 8<br>CLAIM: 12,943.72<br>COMMENT: 12944@6%MDF/PL*PMT/CONF*CONDITIONAL RS/STIP OE*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8197 |
| **UNITED STORAGE RENTALS LLC**<br>882 3RD ST<br>ALPHARETTA, GA 30009 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 42<br>CLAIM: 1,500.00<br>COMMENT: $/CL-PL@0%MDF/PL*100MO*PRORATA/CONF | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 259 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 41<br>CLAIM: 0.00<br>COMMENT: CL41 GOV*PMT/DECL*DKT4PMT-LMT*BGN 11/15 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5932 |
| **WESBANCO BANK INC(*)**<br>ATTN CHECK PROCESSING<br>ONE BANK PLAZA<br>WHEELING, WV 26003 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 12-2<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL*AMD*CL=11464.35 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2938 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 17,668.26<br>COMMENT: 4865036251PA00017/SCH*FR PHEAA-DOC 35 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0259 |
| **ATLANTIC CREDIT & FINANCE INC**<br>C/O WELTMAN WEINBERG & REIS<br>POB 6597<br>CLEVELAND, OH 44101 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 38<br>CLAIM: 2,226.33<br>COMMENT: SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3925 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 601.20<br>COMMENT: BOSCOV'S/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0457 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 8,176.96<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6780 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 1,181.31<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7765 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 40<br><br>CLAIM: 7,209.46<br>COMMENT: CITIBANK/HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4291 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 26<br><br>CLAIM: 2,058.98<br>COMMENT: CITIBANK/SHELL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1461 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 28<br><br>CLAIM: 885.27<br>COMMENT: CITIBANK/HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1132 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 27<br><br>CLAIM: 521.47<br>COMMENT: CITIBANK/SUNOCO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7708 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1627 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4769 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3339 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BEST BUY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9957 |

| Creditor | Trustee/Court Claim | Creditor Description |
|---|---|---|
| **CREDIT FIRST NA\*** <br> BK 13 CREDIT OPERATIONS\* <br> POB 818011\* <br> CLEVELAND, OH  44181-8011 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 16 <br> CLAIM: 424.95 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0259 |
| **DISCOVER BANK(\*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH  43054-3025 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 9,948.90 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7744 |
| **FIRST NATIONAL BANK OF PA(\*)** <br> LOAN ADJUSTMENT DEPT\* <br> 4140 E STATE ST <br> HERMITAGE, PA  16148 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0399 |
| **GINNYS** <br> C/O CREDITORS BANKRUPTCY SVC\* <br> PO BOX 800849 <br> DALLAS, TX  75380 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: 20 <br> CLAIM: 826.12 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1630 |
| **NAVIENT SOLUTIONS INC** <br> PO BOX 9000 <br> WILKES-BARRE, PA  18773-9000 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: 21 <br> CLAIM: 8,965.61 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0259 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 36 <br> CLAIM: 8,274.37 <br> COMMENT:  ONE MAIN FNCL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0683 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 2,927.17 <br> COMMENT:  SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9291 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 633.28 <br> COMMENT:  CITIBANK/SEARS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2369 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 16,303.81 <br> COMMENT:  FR SPRINGLEAF-DOC 22 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4880 |
| **STONEBERRY** <br> C/O CREDITORS BANKRUPTCY SVC\* <br> PO BOX 800849 <br> DALLAS, TX  75380 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: 19 <br> CLAIM: 385.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6C2G |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:33 | CLAIM: 1,508.48<br>COMMENT: SYNCRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8012 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:32 | CLAIM: 1,459.61<br>COMMENT: AMAZON/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0319 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~ASHLEY FURNITURE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8263 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:23 | CLAIM: 1,076.45<br>COMMENT: CARE CREDIT/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2161 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~HOME DESIGN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9445 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:24 | CLAIM: 2,117.39<br>COMMENT: HOME DESIGN/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6986 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:31 | CLAIM: 2,654.61<br>COMMENT: JCP/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2691 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:15 | CLAIM: 176.13<br>COMMENT: SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8349 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:35 | CLAIM: 3,319.93<br>COMMENT: LOWE'S/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5021 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:39 | CLAIM: 862.28<br>COMMENT: PLCC/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5034 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 5,633.73<br>COMMENT: WALMART/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5449 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 1,631.94<br>COMMENT: WALMART/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1359 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 34<br>CLAIM: 1,404.23<br>COMMENT: WALMART/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9553 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CARE CREDIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0259 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 1,295.38<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1342 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO**<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 916.82<br>COMMENT: CAPITAL ONE*NTC-RSV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3063 |
| **TD BANK NA(\*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME 04112 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4455 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 2,570.25<br>COMMENT: BLUESTEM/FINGERHUT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4952 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 37<br>CLAIM: 4,840.20<br>COMMENT: FINGERHUT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9583 |
| **WELLS FARGO BANK NA**<br>MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SC 29715 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0019 |

CLAIM RECORDS

| Creditor | Claim Info | Description |
|---|---|---|
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | Trustee Claim Number:51  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 7,126.05<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7180 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | Trustee Claim Number:52  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 3,776.47<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1032 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 2,991.39<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0148 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | Trustee Claim Number:54  INT %: 0.00%<br>Court Claim Number:41<br>CLAIM: 2,122.03<br>COMMENT: CL41GOV*2123/PL*THRU 10/15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5932 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 2,169.31<br>COMMENT: NT/SCH*SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0869 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX 76161 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number:3-2<br>CLAIM: 4,901.72<br>COMMENT: DFNCY BAL*AMD*W/2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5796 |