**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-70724-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Bobbi J Maffeo<br>769 Railroad Street<br>Windber PA 15963 | Cynthia L Maffeo<br>769 Railroad Street<br>Windber PA 15963 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/20/2020.

Name and Address of Alleged Transferor(s):

Claim No. 17: Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605

Name and Address of Transferee:

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/22/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bobbi J Maffeo  
Cynthia L Maffeo  
    Debtors

Case No. 15-70724-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Aug 20, 2020  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14156024        E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2020 04:29:46  
      Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,  
    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605  
                                                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:  
       Andrew R. Thalman    on behalf of Creditor    WESBANCO BANK, INC andrewthalman@pgka.com  
       Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. brett.solomon@solomon-legal.com  
       Harry B. Reese    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com  
       James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com  
       Kenneth P. Seitz    on behalf of Joint Debtor Cynthia L Maffeo thedebterasers@aol.com  
       Kenneth P. Seitz    on behalf of Debtor Bobbi J Maffeo thedebterasers@aol.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                              TOTAL: 9