## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BOBBI J MAFFEO                              Case No. 15-70724JAD
CYNTHIA L MAFFEO

          Debtor(s)
RONDA J. WINNECOUR,                         Chapter 13
Standing Chapter 13 Trustee,

          Movant              Document No __
    vs.
WELLS FARGO BANK NA

      Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

    THE CEDITOR CAN NO LONGER IDENTIFY THE DEBT FROM THE INFORMATION THEY PROVIDED.  THIS OFFCE HAS CONTACT WELL'S INQUIRY DEPARTMENT TO RESOLVE THE MATTER.

WELLS FARGO BANK NA                  Court claim# 1/Trustee CID# 51
ATTN PAYMENT PROCESSING MAC# F2302
04C
ONE HOME CAMPUS
DES MOINES, IA 50328

The Movant further certifies that on 10/20/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

---

DEBTOR(S):
BOBBI J MAFFEO, CYNTHIA L
MAFFEO, 769 RAILROAD STREET,
WINDBER, PA  15963

:
WELLS FARGO FINANCIAL PA INC,
PO BOX 10438, DES MOINES, IA
50306-0438

NEW CREDITOR:

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW
OFFICES OF KENNY P SEITZ, POB
211, LIGONIER, PA  15658

ORIGINAL CREDITOR:
WELLS FARGO BANK NA, ATTN
PAYMENT PROCESSING MAC# F2302
04C, ONE HOME CAMPUS, DES
MOINES, IA  50328