FILED
10/22/20 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Bobbi J. Maffeo<br>Cynthia L. Maffeo<br>　　　Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　Movant(s)<br>　　vs.<br>Bobbi J. Maffeo<br>Cynthia L. Maffeo<br>　　　Respondent(s) | Bankruptcy No. 15-70724-JAD<br><br>Chapter 13<br><br>Doc. No. 114<br><br>Related To Doc. No. 113 |

### NOTICE OF TELEPHONIC HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **telephonic** hearing on the Trustee's motion will be held on **November 25, 2020 at 10:00 a.m. before Judge Jeffery A. Deller.** Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866)582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **November 10, 2020.**

10/21/2020　　　　　　　　　　　　　　/s/ Ronda J. Winnecour
　　　　　　　　　　　　　　　　　　　Ronda J. Winnecour (PA I.D. #30399)
　　　　　　　　　　　　　　　　　　　Attorney and Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　U.S. Steel Tower – Suite 3250
　　　　　　　　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　(412) 471-5566
　　　　　　　　　　　　　　　　　　　cmecf@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70724-JAD |
| Bobbi J Maffeo | Chapter 13 |
| Cynthia L Maffeo | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 4 |
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bobbi J Maffeo, Cynthia L Maffeo, 769 Railroad Street, Windber, PA 15963-1813 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital a, c/o Stewart, Zlimen & Jungers, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 14125184 | + | Aes/M&T Elt - Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14125185 | + | Atlantic Crd, P O Box 13386, Roanoke, VA 24033-3386 |
| 14174644 | + | Atlantic Credit & Finance Special Finance Unit,, LLC Successor in interest to SYNCHRONY, BANK F/K/A GE CAPITAL RETAIL BANK, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500 Pittsbugh, PA 15219-1842 |
| 14125186 | + | Boscov's, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14130473 | + | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14125188 | + | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14125191 | + | Chrysler Capital, P.O. Box 660335, Dallas, TX 75266-0335 |
| 14125192 | + | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14153562 | + | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14346757 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14125194 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14133804 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14125199 | + | Southern Rentals, LLC, Dept. 3376, P.O. Box 123376, Dallas, TX 75312-3376 |
| 14125215 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 17187, Baltimore, MD 21297 |
| 14125212 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14125213 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14125214 | + | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14138776 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14125216 | + | United Storage Rentals, LLC, Dept. 3105, P.O. Box 123105, Dallas, TX 75312-3105 |
| 14125218 | + | Wells Fargo Bank NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14180468 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Blvd, Fort Mill SC 29715-7203 |
| 14128056 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14125219 | | Wellsfargo, 34204 Van Dyke Ave Suite 1-I, Sterling Heights, MI 48312-4647 |
| 14125221 | + | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2020 02:46:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2020 02:43:52 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 23 2020 02:45:06 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Oct 23 2020 02:26:00 | WESBANCO BANK, INC, 1 BANK PLAZA, WHEELING, WV 26003-3565 |

Case 15-70724-JAD　Doc 116　Filed 10/24/20　Entered 10/25/20 01:26:25　Desc
Imaged Certificate of Notice　Page 3 of 5

| District/off: 0315-7 | User: msch | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 67 |

| ID | | Email method | Time | Recipient |
|---|---|---|---|---|
| 15279277 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2020 02:46:22 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14156024 | | Email/PDF: rmscedi@recoverycorp.com | Oct 23 2020 02:45:06 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14125187 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 23 2020 02:45:05 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14148892 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 23 2020 02:43:51 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14128377 | | Email/Text: mrdiscen@discover.com | Oct 23 2020 02:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14125193 | + | Email/Text: mrdiscen@discover.com | Oct 23 2020 02:25:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14160099 | + | Email/Text: bankruptcy@sccompanies.com | Oct 23 2020 02:26:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14125195 | + | Email/Text: bankruptcy@sccompanies.com | Oct 23 2020 02:26:00 | Ginnys, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14172859 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 23 2020 02:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14125189 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 23 2020 02:46:21 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14125190 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 23 2020 02:45:04 | Chase/Best Buy, Po Box 15298, Wilmington, DE 19850 |
| 14163993 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 23 2020 02:26:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14125196 | + | Email/PDF: pa_dc_claims@navient.com | Oct 23 2020 02:43:52 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14160413 | | Email/PDF: pa_dc_claims@navient.com | Oct 23 2020 02:45:06 | Navient Solutions, Inc, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14125197 | + | Email/PDF: cbp@onemainfinancial.com | Oct 23 2020 02:45:05 | OneMain Financial, 3209 B Elton Road, Johnstown, PA 15904-2807 |
| 14191406 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2020 02:43:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14137721 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2020 02:46:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14125198 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2020 02:45:06 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14162524 | | Email/Text: bnc-quantum@quantum3group.com | Oct 23 2020 02:25:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14126307 | | Email/PDF: rmscedi@recoverycorp.com | Oct 23 2020 02:45:06 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14131247 | | Email/PDF: cbp@onemainfinancial.com | Oct 23 2020 02:43:51 | SPRINGLEAF FINANCIAL SERVICES, INC, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14125200 | + | Email/PDF: cbp@onemainfinancial.com | Oct 23 2020 02:45:05 | Springleaf, Po Box 64, Evansville, IN 47701-0064 |
| 14125201 | + | Email/Text: bankruptcy@sccompanies.com | Oct 23 2020 02:25:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 14159977 | + | Email/Text: bankruptcy@sccompanies.com | Oct 23 2020 02:25:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

Case 15-70724-JAD   Doc 116   Filed 10/24/20   Entered 10/25/20 01:26:25   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-7 | User: msch | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 14125202 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:46:20 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14125203 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:46:20 | Syncb/Ashley Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14125204 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:45:04 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14125205 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:46:20 | Syncb/Home Design-Hi-P, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 14125206 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:45:04 | Syncb/Home Dsgn Floori, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 14125207 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:46:20 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14125208 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:46:20 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14125209 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:45:04 | Syncb/Plcc, Po Box 965024, Orlando, FL 32896-5024 |
| 14125210 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:45:04 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14125211 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:45:04 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14159556 | + | Email/Text: bncmail@w-legal.com | Oct 23 2020 02:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14125217 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 23 2020 02:26:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14125220 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Oct 23 2020 02:26:00 | Wesbanco Bank Inc, 1 Bank Plz, Wheeling, WV 26003-3565 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14138431 | * | Wells Fargo Bank N. A., PO Box 10438, Des Moines, Ia 50306-0438 |
| jdb | *+ | Cynthia L Maffeo, 769 Railroad Street, Windber, PA 15963-1813 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2020   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Andrew R. Thalman | on behalf of Creditor WESBANCO BANK INC andrewthalman@pgka.com |
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Cynthia L Maffeo thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Bobbi J Maffeo thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9