**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/14/20 4:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  BOBBI J MAFFEO<br>  CYNTHIA L MAFFEO<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  BOBBI J MAFFEO<br>  CYNTHIA L MAFFEO<br><br>       Respondents | Bankruptcy No.15-70724-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 121 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 14th day of December, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

Richland Healthcare And Rehabilitation Center
Attn: Payroll Manager
349 Votech Dr
Johnstown, PA 15904

is hereby ordered to immediately terminate the attachment of the wages of BOBBI J MAFFEO, social security number XXX-XX-5487. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BOBBI J MAFFEO.

BY THE COURT:

_____ mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70724-JAD |
| Bobbi J Maffeo | Chapter 13 |
| Cynthia L Maffeo | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bobbi J Maffeo, Cynthia L Maffeo, 769 Railroad Street, Windber, PA 15963-1813 |
| | + | Richland Healthcare And Rehabilitation Center, Attn: Payroll Manager, 349 Votech Drive, Johnstown, PA 15904-2926 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 16, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Thalman | on behalf of Creditor WESBANCO BANK  INC andrewthalman@pgka.com |
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 2 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 2 |

        on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Kenneth P. Seitz
        on behalf of Debtor Bobbi J Maffeo thedebterasers@aol.com

Kenneth P. Seitz
        on behalf of Joint Debtor Cynthia L Maffeo thedebterasers@aol.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com


TOTAL: 9