**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bobbi J Maffeo
Cynthia L Maffeo
fka Cynthia L Kirby**
   Debtor(s)

Bankruptcy Case No.: 15−70724−JAD
Related To Doc. No. 137
Chapter: 13
Docket No.: 138 − 137

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of January, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/23/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/5/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/23/21.**

                                                        <u>Jeffery A. Deller</u>
                                                        United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bobbi J Maffeo  
Cynthia L Maffeo  
    Debtors

Case No. 15-70724-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 4  
Date Rcvd: Jan 26, 2021     Form ID: 408     Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bobbi J Maffeo, Cynthia L Maffeo, 769 Railroad Street, Windber, PA 15963-1813 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital a, c/o Stewart, Zlimen & Jungers, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 14125184 | + | Aes/M&T Elt - Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14125185 | + | Atlantic Crd, P O Box 13386, Roanoke, VA 24033-3386 |
| 14174644 | + | Atlantic Credit & Finance Special Finance Unit,, LLC Successor in interest to SYNCHRONY, BANK F/K/A GE CAPITAL RETAIL BANK, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500 Pittsbugh, PA 15219-1842 |
| 14125186 | + | Boscov's, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14130473 | + | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14125188 | + | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14125191 | + | Chrysler Capital, P.O. Box 660335, Dallas, TX 75266-0335 |
| 14125192 | + | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14153562 | + | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14346757 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14125194 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14163993 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14133804 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14125199 | + | Southern Rentals, LLC, Dept. 3376, P.O. Box 123376, Dallas, TX 75312-3376 |
| 14125215 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 17187, Baltimore, MD 21297 |
| 14125212 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14125213 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14125214 | + | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14138776 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14125216 | + | United Storage Rentals, LLC, Dept. 3105, P.O. Box 123105, Dallas, TX 75312-3105 |
| 14125218 | + | Wells Fargo Bank NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14180468 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Blvd, Fort Mill SC 29715-7203 |
| 14128056 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14125219 | | Wellsfargo, 34204 Van Dyke Ave Suite 1-I, Sterling Heights, MI 48312-4647 |
| 14125221 | + | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:02:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:01:08 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2021 02:59:32 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Jan 27 2021 02:49:00 | WESBANCO BANK, INC, 1 BANK PLAZA, |

Case 15-70724-JAD   Doc 139   Filed 01/28/21   Entered 01/29/21 00:45:42   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-7 | User: msch | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: 408 | Total Noticed: 67 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15279277 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 02:59:29 | WHEELING, WV 26003-3565<br>Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14156024 | | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2021 02:59:32 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14125187 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 02:59:25 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14148892 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 02:59:25 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14125188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 03:01:21 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14128377 | | Email/Text: mrdiscen@discover.com | Jan 27 2021 02:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14125193 | + | Email/Text: mrdiscen@discover.com | Jan 27 2021 02:47:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14160099 | + | Email/Text: bankruptcy@sccompanies.com | Jan 27 2021 02:50:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14125195 | + | Email/Text: bankruptcy@sccompanies.com | Jan 27 2021 02:50:00 | Ginnys, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14172859 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2021 02:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14125189 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:02:40 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14125190 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:01:00 | Chase/Best Buy, Po Box 15298, Wilmington, DE 19850 |
| 14125196 | + | Email/PDF: pa_dc_claims@navient.com | Jan 27 2021 02:59:32 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14160413 | | Email/PDF: pa_dc_claims@navient.com | Jan 27 2021 03:01:11 | Navient Solutions, Inc, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14125197 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2021 03:00:54 | OneMain Financial, 3209 B Elton Road, Johnstown, PA 15904-2807 |
| 14191406 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:01:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14137721 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 02:59:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14125198 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:01:08 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14162524 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2021 02:48:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14126307 | | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2021 03:01:11 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14131247 | | Email/PDF: cbp@onemainfinancial.com | Jan 27 2021 02:59:17 | SPRINGLEAF FINANCIAL SERVICES, INC, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14125200 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2021 03:02:34 | Springleaf, Po Box 64, Evansville, IN 47701-0064 |
| 14125201 | + | Email/Text: bankruptcy@sccompanies.com | Jan 27 2021 02:46:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 14159977 | + | Email/Text: bankruptcy@sccompanies.com | Jan 27 2021 02:46:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14125202 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 15-70724-JAD  Doc 139  Filed 01/28/21  Entered 01/29/21 00:45:42  Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-7 | User: msch | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: 408 | Total Noticed: 67 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 27 2021 03:00:57 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14125203 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Syncb/Ashley Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14125204 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14125205 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Syncb/Home Design-Hi-P, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 14125206 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Syncb/Home Dsgn Floori, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 14125207 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:02:37 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14125208 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14125209 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 02:59:20 | Syncb/Plcc, Po Box 965024, Orlando, FL 32896-5024 |
| 14125210 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14125211 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:02:37 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14159556 | + | Email/Text: bncmail@w-legal.com | Jan 27 2021 02:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14125217 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 27 2021 02:49:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14125220 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Jan 27 2021 02:49:00 | Wesbanco Bank Inc, 1 Bank Plz, Wheeling, WV 26003-3565 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14138431 | * | Wells Fargo Bank N. A., PO Box 10438, Des Moines, Ia 50306-0438 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew R. Thalman | on behalf of Creditor WESBANCO BANK INC andrewthalman@pgka.com |
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Cynthia L Maffeo thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Bobbi J Maffeo thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |

TOTAL: 10