**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BOBBI J MAFFEO<br>CYNTHIA L MAFFEO<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>   Chapter 13 Trustee,<br>      Movant<br>   vs.<br>No Respondents. | Case No.:15-70724 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

January 25, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/21/2015 and confirmed on 12/3/15. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 127,427.30 |
| Less Refunds to Debtor | 2,407.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 125,019.70 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,279.00 | |
|    Trustee Fee | 5,847.77 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,126.77 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO BANK NA | 0.00 | 82,905.42 | 0.00 | 82,905.42 |
|     Acct: 5932 | | | | |
|   WELLS FARGO BANK NA | 2,122.03 | 2,122.03 | 0.00 | 2,122.03 |
|     Acct: 5932 | | | | |
|   SOUTHERN RENTALS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0541 | | | | |
|   UNITED STORAGE RENTALS LLC | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 |
|     Acct: 259 | | | | |
|   WESBANCO BANK INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2938 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR | 3,760.95 | 3,760.95 | 1,204.64 | 4,965.59 |
|     Acct: 5796 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 12,943.72 | 12,943.72 | 2,028.93 | 14,972.65 |
|     Acct: 8197 | | | | |
| | | | | 106,465.69 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BOBBI J MAFFEO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BOBBI J MAFFEO | 2,407.60 | 2,407.60 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,279.00 | 3,279.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 477.52 | 477.52 | 0.00 | 477.52 |
|     Acct: XXXXXXXXXXXXXXK NA | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 253.06 | 253.06 | 0.00 | 253.06 |
|     Acct: XXXXXXXXXXXXXXK NA | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 200.45 | 200.45 | 0.00 | 200.45 |
|     Acct: XXXXXXXXXXXXXXK NA | | | | |
| | | | | 931.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| ECMC(*) | 17,668.26 | 1,174.99 | 0.00 | 1,174.99 |
| Acct: 0259 | | | | |
| ATLANTIC CREDIT & FINANCE INC | 2,226.33 | 148.06 | 0.00 | 148.06 |
| Acct: 3925 | | | | |
| MIDLAND FUNDING LLC | 601.20 | 39.98 | 0.00 | 39.98 |
| Acct: 0457 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 8,176.96 | 543.79 | 0.00 | 543.79 |
| Acct: 6780 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,181.31 | 78.56 | 0.00 | 78.56 |
| Acct: 7765 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,209.46 | 479.45 | 0.00 | 479.45 |
| Acct: 4291 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,058.98 | 136.93 | 0.00 | 136.93 |
| Acct: 1461 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 885.27 | 58.87 | 0.00 | 58.87 |
| Acct: 1132 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 521.47 | 34.68 | 0.00 | 34.68 |
| Acct: 7708 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1627 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4769 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3339 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9957 | | | | |
| CREDIT FIRST NA* | 424.95 | 28.26 | 0.00 | 28.26 |
| Acct: 0259 | | | | |
| DISCOVER BANK(*) | 9,948.90 | 661.63 | 0.00 | 661.63 |
| Acct: 7744 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0399 | | | | |
| GINNYS | 826.12 | 54.94 | 0.00 | 54.94 |
| Acct: 1630 | | | | |
| NAVIENT SOLUTIONS INC | 8,965.61 | 596.24 | 0.00 | 596.24 |
| Acct: 0259 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 8,274.37 | 550.27 | 0.00 | 550.27 |
| Acct: 0683 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 2,927.17 | 194.67 | 0.00 | 194.67 |
| Acct: 9291 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 633.28 | 42.12 | 0.00 | 42.12 |
| Acct: 2369 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 16,303.81 | 1,084.25 | 0.00 | 1,084.25 |
| Acct: 4880 | | | | |
| STONEBERRY | 385.00 | 25.60 | 0.00 | 25.60 |
| Acct: 6C2G | | | | |
| MIDLAND FUNDING LLC | 1,508.48 | 100.32 | 0.00 | 100.32 |
| Acct: 8012 | | | | |
| MIDLAND FUNDING LLC | 1,459.61 | 97.07 | 0.00 | 97.07 |
| Acct: 0319 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8263 | | | | |
| MIDLAND FUNDING LLC | 1,076.45 | 71.58 | 0.00 | 71.58 |
| Acct: 2161 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9445 | | | | |
| MIDLAND FUNDING LLC | 2,117.39 | 140.82 | 0.00 | 140.82 |
| Acct: 6986 | | | | |
| MIDLAND FUNDING LLC | 2,654.61 | 176.54 | 0.00 | 176.54 |
| Acct: 2691 | | | | |

15-70724 JAD                                                                                                    Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 176.13 | 11.71 | 0.00 | 11.71 |
|         Acct: 8349 | | | | |
|     MIDLAND FUNDING LLC | 3,319.93 | 220.79 | 0.00 | 220.79 |
|         Acct: 5021 | | | | |
|     MIDLAND FUNDING LLC | 862.28 | 57.34 | 0.00 | 57.34 |
|         Acct: 5034 | | | | |
|     MIDLAND FUNDING LLC | 5,633.73 | 374.66 | 0.00 | 374.66 |
|         Acct: 5449 | | | | |
|     MIDLAND FUNDING LLC | 1,631.94 | 108.53 | 0.00 | 108.53 |
|         Acct: 1359 | | | | |
|     MIDLAND FUNDING LLC | 1,404.23 | 93.39 | 0.00 | 93.39 |
|         Acct: 9553 | | | | |
|     SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0259 | | | | |
|     TD BANK USA NA** | 1,295.38 | 86.14 | 0.00 | 86.14 |
|         Acct: 1342 | | | | |
|     BUREAUS INVESTMENT GROUP PORTFO | 916.82 | 60.97 | 0.00 | 60.97 |
|         Acct: 3063 | | | | |
|     SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0869 | | | | |
|     TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 4455 | | | | |
|     QUANTUM3 GROUP LLC AGNT - SADINO | 2,570.25 | 170.93 | 0.00 | 170.93 |
|         Acct: 4952 | | | | |
|     JEFFERSON CAPITAL SYSTEMS LLC* | 4,840.20 | 321.89 | 0.00 | 321.89 |
|         Acct: 9583 | | | | |
|     WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0019 | | | | |
|     WELLS FARGO BANK NA | 7,126.05 | 0.00 | 0.00 | 0.00 |
|         Acct: 7180 | | | | |
|     WELLS FARGO BANK NA | 3,776.47 | 0.00 | 0.00 | 0.00 |
|         Acct: 1032 | | | | |
|     WELLS FARGO BANK NA | 2,991.39 | 0.00 | 0.00 | 0.00 |
|         Acct: 0148 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - | 2,169.31 | 144.27 | 0.00 | 144.27 |
|         Acct: 0869 | | | | |
|     SANTANDER CONSUMER USA D/B/A CHR | 4,901.72 | 325.97 | 0.00 | 325.97 |
|         Acct: 5796 | | | | |
| | | | | 8,496.21 |

TOTAL PAID TO CREDITORS                                                                                      115,892.93

  TOTAL CLAIMED
    PRIORITY              931.03
    SECURED            20,326.70
    UNSECURED        141,650.82

Date: 01/25/2021                                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BOBBI J MAFFEO
    CYNTHIA L MAFFEO
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-70724 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

Case 15-70724-JAD   Doc 140   Filed 01/28/21   Entered 01/29/21 00:45:42   Desc
Imaged Certificate of Notice   Page 6 of 9

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70724-JAD |
| Bobbi J Maffeo | Chapter 13 |
| Cynthia L Maffeo | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 4 |
| Date Rcvd: Jan 26, 2021 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bobbi J Maffeo, Cynthia L Maffeo, 769 Railroad Street, Windber, PA 15963-1813 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital a, c/o Stewart, Zlimen & Jungers, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 14125184 | + | Aes/M&T Elt - Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14125185 | + | Atlantic Crd, P O Box 13386, Roanoke, VA 24033-3386 |
| 14174644 | + | Atlantic Credit & Finance Special Finance Unit,, LLC Successor in interest to SYNCHRONY, BANK F/K/A GE CAPITAL RETAIL BANK, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500 Pittsbugh, PA 15219-1842 |
| 14125186 | + | Boscov's, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14130473 | + | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14125188 | + | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14125191 | + | Chrysler Capital, P.O. Box 660335, Dallas, TX 75266-0335 |
| 14125192 | + | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14153562 | + | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14346757 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14125194 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14163993 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14133804 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14125199 | + | Southern Rentals, LLC, Dept. 3376, P.O. Box 123376, Dallas, TX 75312-3376 |
| 14125215 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 17187, Baltimore, MD 21297 |
| 14125212 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14125213 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14125214 | + | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14138776 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14125216 | + | United Storage Rentals, LLC, Dept. 3105, P.O. Box 123105, Dallas, TX 75312-3105 |
| 14125218 | + | Wells Fargo Bank NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14180468 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Blvd, Fort Mill SC 29715-7203 |
| 14128056 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14125219 | | Wellsfargo, 34204 Van Dyke Ave Suite 1-I, Sterling Heights, MI 48312-4647 |
| 14125221 | + | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:02:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:02:48 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2021 02:59:33 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Jan 27 2021 02:49:00 | WESBANCO BANK, INC, 1 BANK PLAZA, |

Case 15-70724-JAD   Doc 140   Filed 01/28/21   Entered 01/29/21 00:45:42   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-7 | User: msch | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: pdf900 | Total Noticed: 67 |

| ID | | Email | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | WHEELING, WV 26003-3565 |
| 15279277 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:01:08 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14156024 | | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2021 03:01:11 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14125187 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 02:59:25 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14148892 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 02:59:25 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14125188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 02:59:41 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14128377 | | Email/Text: mrdiscen@discover.com | Jan 27 2021 02:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14125193 | + | Email/Text: mrdiscen@discover.com | Jan 27 2021 02:47:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14160099 | + | Email/Text: bankruptcy@sccompanies.com | Jan 27 2021 02:50:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14125195 | + | Email/Text: bankruptcy@sccompanies.com | Jan 27 2021 02:50:00 | Ginnys, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14172859 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2021 02:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14125189 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:02:40 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14125190 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:02:40 | Chase/Best Buy, Po Box 15298, Wilmington, DE 19850 |
| 14125196 | + | Email/PDF: pa_dc_claims@navient.com | Jan 27 2021 03:02:51 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14160413 | | Email/PDF: pa_dc_claims@navient.com | Jan 27 2021 03:01:11 | Navient Solutions, Inc, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14125197 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2021 02:59:17 | OneMain Financial, 3209 B Elton Road, Johnstown, PA 15904-2807 |
| 14191406 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 02:59:29 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14137721 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:02:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14125198 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:02:48 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14162524 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2021 02:48:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14126307 | | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2021 02:59:32 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14131247 | | Email/PDF: cbp@onemainfinancial.com | Jan 27 2021 03:00:54 | SPRINGLEAF FINANCIAL SERVICES, INC, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14125200 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2021 03:00:54 | Springleaf, Po Box 64, Evansville, IN 47701-0064 |
| 14125201 | + | Email/Text: bankruptcy@sccompanies.com | Jan 27 2021 02:46:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 14159977 | + | Email/Text: bankruptcy@sccompanies.com | Jan 27 2021 02:46:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14125202 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 15-70724-JAD  Doc 140  Filed 01/28/21  Entered 01/29/21 00:45:42  Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-7 | User: msch | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: pdf900 | Total Noticed: 67 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 27 2021 03:02:37 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14125203 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Syncb/Ashley Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14125204 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:02:37 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14125205 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Syncb/Home Design-Hi-P, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 14125206 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Syncb/Home Dsgn Floori, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 14125207 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:58 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14125208 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:58 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14125209 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Syncb/Plcc, Po Box 965024, Orlando, FL 32896-5024 |
| 14125210 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 02:59:20 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14125211 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:57 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14159556 | + | Email/Text: bncmail@w-legal.com | Jan 27 2021 02:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14125217 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 27 2021 02:49:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14125220 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Jan 27 2021 02:49:00 | Wesbanco Bank Inc, 1 Bank Plz, Wheeling, WV 26003-3565 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14138431 | * | Wells Fargo Bank N. A., PO Box 10438, Des Moines, Ia 50306-0438 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2021                     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew R. Thalman | on behalf of Creditor WESBANCO BANK INC andrewthalman@pgka.com |
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Cynthia L Maffeo thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Bobbi J Maffeo thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |

TOTAL: 10