| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Bobbi J Maffeo**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5487<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Cynthia L Maffeo**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0259<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:    **15–70724–JAD** | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bobbi J Maffeo

Cynthia L Maffeo
fka Cynthia L Kirby

<u>2/24/21</u>

**By the court:**    <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                        **Chapter 13 Discharge**                        page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70724-JAD |
| Bobbi J Maffeo | Chapter 13 |
| Cynthia L Maffeo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 1 of 4 |
| Date Rcvd: Feb 24, 2021 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bobbi J Maffeo, Cynthia L Maffeo, 769 Railroad Street, Windber, PA 15963-1813 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital a, c/o Stewart, Zlimen & Jungers, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 14125184 | + | Aes/M&T Elt - Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14125185 | + | Atlantic Crd, P O Box 13386, Roanoke, VA 24033-3386 |
| 14174644 | + | Atlantic Credit & Finance Special Finance Unit,, LLC Successor in interest to SYNCHRONY, BANK F/K/A GE CAPITAL RETAIL BANK, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500 Pittsbugh, PA 15219-1842 |
| 14125191 | + | Chrysler Capital, P.O. Box 660335, Dallas, TX 75266-0335 |
| 14125194 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14163993 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14133804 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14125199 | + | Southern Rentals, LLC, Dept. 3376, P.O. Box 123376, Dallas, TX 75312-3376 |
| 14125213 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14138776 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14125216 | + | United Storage Rentals, LLC, Dept. 3105, P.O. Box 123105, Dallas, TX 75312-3105 |
| 14125219 | | Wellsfargo, 34204 Van Dyke Ave Suite 1-I, Sterling Heights, MI 48312-4647 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 25 2021 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2021 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 25 2021 04:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2021 02:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Feb 25 2021 04:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: PRA.COM | Feb 25 2021 04:13:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | EDI: RECOVERYCORP.COM | Feb 25 2021 04:18:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Feb 25 2021 02:54:00 | WESBANCO BANK, INC, 1 BANK PLAZA, WHEELING, WV 26003-3565 |

| ID | | Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14125186 | + | EDI: HFC.COM | Feb 25 2021 04:13:00 | Boscov's, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 15279277 | + | EDI: PRA.COM | Feb 25 2021 04:13:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14156024 | | EDI: RECOVERYCORP.COM | Feb 25 2021 04:18:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14125187 | | EDI: CAPITALONE.COM | Feb 25 2021 04:13:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14130473 | + | EDI: CHRM.COM | Feb 25 2021 04:18:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14148892 | | EDI: CAPITALONE.COM | Feb 25 2021 04:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14125188 | + | EDI: CITICORP.COM | Feb 25 2021 04:13:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14125192 | + | EDI: CRFRSTNA.COM | Feb 25 2021 04:13:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14153562 | + | EDI: CRFRSTNA.COM | Feb 25 2021 04:13:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14128377 | | EDI: DISCOVER.COM | Feb 25 2021 04:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14125193 | + | EDI: DISCOVER.COM | Feb 25 2021 04:13:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14346757 | | EDI: ECMC.COM | Feb 25 2021 04:13:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14160099 | + | EDI: CBS7AVE | Feb 25 2021 04:18:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14125195 | + | EDI: CBS7AVE | Feb 25 2021 04:18:00 | Ginnys, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14172859 | | EDI: JEFFERSONCAP.COM | Feb 25 2021 04:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14125189 | | EDI: JPMORGANCHASE | Feb 25 2021 04:13:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14125190 | | EDI: JPMORGANCHASE | Feb 25 2021 04:13:00 | Chase/Best Buy, Po Box 15298, Wilmington, DE 19850 |
| 14125196 | + | EDI: NAVIENTFKASMSERV.COM | Feb 25 2021 04:13:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14160413 | | EDI: NAVIENTFKASMSERV.COM | Feb 25 2021 04:13:00 | Navient Solutions, Inc, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14125197 | + | EDI: AGFINANCE.COM | Feb 25 2021 04:13:00 | OneMain Financial, 3209 B Elton Road, Johnstown, PA 15904-2807 |
| 14191406 | | EDI: PRA.COM | Feb 25 2021 04:13:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14137721 | | EDI: PRA.COM | Feb 25 2021 04:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14125198 | + | EDI: PRA.COM | Feb 25 2021 04:13:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14162524 | | EDI: Q3G.COM | Feb 25 2021 04:13:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14126307 | | EDI: RECOVERYCORP.COM | Feb 25 2021 04:18:00 | Recovery Management Systems Corporation, 25 |

Case 15-70724-JAD    Doc 144    Filed 02/26/21    Entered 02/27/21 00:43:53    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-7 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: 3180W | Total Noticed: 69 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14131247 | | EDI: AGFINANCE.COM | Feb 25 2021 04:13:00 | SPRINGLEAF FINANCIAL SERVICES, INC, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14125200 | + | EDI: AGFINANCE.COM | Feb 25 2021 04:13:00 | Springleaf, Po Box 64, Evansville, IN 47701-0064 |
| 14125201 | + | EDI: CBSMASON | Feb 25 2021 04:13:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 14159977 | + | EDI: CBSMASON | Feb 25 2021 04:13:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14125202 | + | EDI: RMSC.COM | Feb 25 2021 04:13:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14125203 | + | EDI: RMSC.COM | Feb 25 2021 04:13:00 | Syncb/Ashley Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14125204 | + | EDI: RMSC.COM | Feb 25 2021 04:13:00 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14125205 | + | EDI: RMSC.COM | Feb 25 2021 04:13:00 | Syncb/Home Design-Hi-P, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 14125206 | + | EDI: RMSC.COM | Feb 25 2021 04:13:00 | Syncb/Home Dsgn Floori, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 14125207 | + | EDI: RMSC.COM | Feb 25 2021 04:13:00 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14125208 | + | EDI: RMSC.COM | Feb 25 2021 04:13:00 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14125209 | + | EDI: RMSC.COM | Feb 25 2021 04:13:00 | Syncb/Plcc, Po Box 965024, Orlando, FL 32896-5024 |
| 14125210 | + | EDI: RMSC.COM | Feb 25 2021 04:13:00 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14125211 | + | EDI: RMSC.COM | Feb 25 2021 04:13:00 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14159556 | + | Email/Text: bncmail@w-legal.com | Feb 25 2021 02:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14125215 | | EDI: TFSR.COM | Feb 25 2021 04:13:00 | Toyota Financial Services, P.O. Box 17187, Baltimore, MD 21297 |
| 14125212 | + | EDI: WTRRNBANK.COM | Feb 25 2021 04:13:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14125214 | + | EDI: WTRRNBANK.COM | Feb 25 2021 04:13:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14125217 | + | EDI: BLUESTEM | Feb 25 2021 04:18:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14125218 | + | EDI: WFFC.COM | Feb 25 2021 04:13:00 | Wells Fargo Bank NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14180468 | + | EDI: WFFC.COM | Feb 25 2021 04:13:00 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Blvd, Fort Mill SC 29715-7203 |
| 14128056 | | EDI: WFFC.COM | Feb 25 2021 04:13:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14125220 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Feb 25 2021 02:54:00 | Wesbanco Bank Inc, 1 Bank Plz, Wheeling, WV 26003-3565 |
| 14125221 | + | EDI: WFFC.COM | Feb 25 2021 04:13:00 | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

Case 15-70724-JAD   Doc 144   Filed 02/26/21   Entered 02/27/21 00:43:53   Desc
Imaged Certificate of Notice   Page 6 of 6

| District/off: 0315-7 | User: culy | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: 3180W | Total Noticed: 69 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14138431 | * | Wells Fargo Bank N. A., PO Box 10438, Des Moines, Ia 50306-0438 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Thalman | on behalf of Creditor WESBANCO BANK INC andrewthalman@pgka.com |
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Cynthia L Maffeo thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Bobbi J Maffeo thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |

TOTAL: 10