FILED
2/24/21 4:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   BOBBI J MAFFEO
   CYNTHIA L MAFFEO
       Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

**DEFAULT O/E JAD**

Case No. 15-70724-JAD

Chapter 13

Related To Doc. No. 137

**ORDER OF COURT**

AND NOW, this <u>24th</u> day of <u>February</u>, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

mas

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Bobbi J Maffeo

Cynthia L Maffeo

    Debtors

Case No. 15-70724-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: culy        Page 1 of 4

Date Rcvd: Feb 24, 2021        Form ID: pdf900        Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bobbi J Maffeo, Cynthia L Maffeo, 769 Railroad Street, Windber, PA 15963-1813 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital a, c/o Stewart, Zlimen & Jungers, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 14125184 | + | Aes/M&T Elt - Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14125185 | + | Atlantic Crd, P O Box 13386, Roanoke, VA 24033-3386 |
| 14174644 | + | Atlantic Credit & Finance Special Finance Unit,, LLC Successor in interest to SYNCHRONY, BANK F/K/A GE CAPITAL RETAIL BANK, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500 Pittsbugh, PA 15219-1842 |
| 14125186 | + | Boscov's, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14130473 | + | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14125188 | + | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14125191 | + | Chrysler Capital, P.O. Box 660335, Dallas, TX 75266-0335 |
| 14125192 | + | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14153562 | + | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14346757 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14125194 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14163993 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14133804 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14125199 | + | Southern Rentals, LLC, Dept. 3376, P.O. Box 123376, Dallas, TX 75312-3376 |
| 14125215 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 17187, Baltimore, MD 21297 |
| 14125212 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14125213 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14125214 | + | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14138776 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14125216 | + | United Storage Rentals, LLC, Dept. 3105, P.O. Box 123105, Dallas, TX 75312-3105 |
| 14125218 | + | Wells Fargo Bank NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14180468 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Blvd, Fort Mill SC 29715-7203 |
| 14128056 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14125219 | | Wellsfargo, 34204 Van Dyke Ave Suite 1-I, Sterling Heights, MI 48312-4647 |
| 14125221 | + | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:21:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:21:38 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2021 02:21:40 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Feb 25 2021 02:54:00 | WESBANCO BANK, INC, 1 BANK PLAZA, |

District/off: 0315-7                          User: culy                                    Page 2 of 4
Date Rcvd: Feb 24, 2021                    Form ID: pdf900                          Total Noticed: 67

| | | | |
|---|---|---|---|
| | | | WHEELING, WV 26003-3565 |
| 15279277 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 25 2021 02:24:31 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14156024 | | Email/PDF: rmscedi@recoverycorp.com | |
| | | Feb 25 2021 02:21:40 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14125187 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | |
| | | Feb 25 2021 02:24:28 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14148892 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | |
| | | Feb 25 2021 02:18:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14125188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Feb 25 2021 02:19:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14128377 | | Email/Text: mrdiscen@discover.com | |
| | | Feb 25 2021 02:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14125193 | + | Email/Text: mrdiscen@discover.com | |
| | | Feb 25 2021 02:46:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14160099 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 25 2021 02:55:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14125195 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 25 2021 02:55:00 | Ginnys, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14172859 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Feb 25 2021 02:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14125189 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | | Feb 25 2021 02:18:32 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14125190 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | | Feb 25 2021 02:24:26 | Chase/Best Buy, Po Box 15298, Wilmington, DE 19850 |
| 14125196 | + | Email/PDF: pa_dc_claims@navient.com | |
| | | Feb 25 2021 02:24:33 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14160413 | | Email/PDF: pa_dc_claims@navient.com | |
| | | Feb 25 2021 02:21:40 | Navient Solutions, Inc, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14125197 | + | Email/PDF: cbp@onemainfinancial.com | |
| | | Feb 25 2021 02:21:26 | OneMain Financial, 3209 B Elton Road, Johnstown, PA 15904-2807 |
| 14191406 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 25 2021 02:21:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14137721 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 25 2021 02:21:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14125198 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 25 2021 02:21:37 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14162524 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 25 2021 02:47:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14126307 | | Email/PDF: rmscedi@recoverycorp.com | |
| | | Feb 25 2021 02:24:33 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14131247 | | Email/PDF: cbp@onemainfinancial.com | |
| | | Feb 25 2021 02:21:26 | SPRINGLEAF FINANCIAL SERVICES, INC, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14125200 | + | Email/PDF: cbp@onemainfinancial.com | |
| | | Feb 25 2021 02:21:28 | Springleaf, Po Box 64, Evansville, IN 47701-0064 |
| 14125201 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 25 2021 02:46:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 14159977 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 25 2021 02:46:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14125202 | + | Email/PDF: gecsedi@recoverycorp.com | |

District/off: 0315-7 | User: culy | Page 3 of 4
Date Rcvd: Feb 24, 2021 | Form ID: pdf900 | Total Noticed: 67

| | | | |
|---|---|---|---|
| | | Feb 25 2021 02:24:24 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14125203 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2021 02:24:23 | Syncb/Ashley Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14125204 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2021 02:24:23 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14125205 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2021 02:24:23 | Syncb/Home Design-Hi-P, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 14125206 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2021 02:24:23 | Syncb/Home Dsgn Floori, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 14125207 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2021 02:21:29 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14125208 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2021 02:24:23 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14125209 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2021 02:24:23 | Syncb/Plcc, Po Box 965024, Orlando, FL 32896-5024 |
| 14125210 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2021 02:18:31 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14125211 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2021 02:18:31 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14159556 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 25 2021 02:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14125217 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Feb 25 2021 02:54:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14125220 | + Email/Text: bankrupt-adjdept@wesbanco.com | | |
| | | Feb 25 2021 02:54:00 | Wesbanco Bank Inc, 1 Bank Plz, Wheeling, WV 26003-3565 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14138431 | * | Wells Fargo Bank N. A., PO Box 10438, Des Moines, Ia 50306-0438 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew R. Thalman | on behalf of Creditor WESBANCO BANK  INC andrewthalman@pgka.com |
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Cynthia L Maffeo thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Bobbi J Maffeo thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |

TOTAL: 10