Form 129

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Bobbi J Maffeo**
**Cynthia L Maffeo**
**fka Cynthia L Kirby**
    Debtor(s)

Bankruptcy Case No.: 15-70724-JAD

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: June 4, 2021

Jeffery A. Deller
United States Bankruptcy Judge